UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONTINENTAL ADVISORS S.A., ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GSV ASSET MANAGEMENT, LLC, ET AL.,**<br><br>Defendants. | Case No. 14-cv-05609-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST TO CONTINUE DATES**<br><br>Re: Dkt. No. 16 |

On February 6, 2015, the parties submitted a stipulated request to extend (1) the time for defendants to respond to the complaint and (2) the briefing schedule for any motions filed in response to the complaint. (Dkt. No. 16.) While the parties provided a reasonable explanation for the requested March 2, 2015 response date, no basis has been provided for the extended briefing schedule requested. Therefore, the request is **DENIED WITHOUT PREJUDICE**.

This Order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated: February 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**