UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CONTINENTAL ADVISORS S.A., ET AL.,**

    Plaintiffs,

    v.

**GSV ASSET MANAGEMENT, LLC, ET AL.,**

    Defendants.

Case No. 14-cv-05609-YGR

**UPDATED CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Case Management Conference held on September 12, 2016, the Court sets the following modified trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR TO BE COMPLETED BY: | June 30, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | October 15, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: October 15, 2016<br>Rebuttal: November 15, 2016 |
| EXPERT DISCOVERY CUTOFF: | December 20, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | February 21, 2017 |
| COMPLIANCE HEARING | Friday, March 24, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 31, 2017 |
| PRETRIAL CONFERENCE: | Friday, April 14, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 1, 2017 at 8:30 a.m. for two weeks<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Plaintiffs' counsel is further **ORDERED** to: (i) affiliate and notice local counsel by
2  **Thursday, September 15, 2016**; and (ii) produce documents responsive to defendants' requests
3  by **Wednesday, September 14, 2016**, as discussed during the conference call held with the Court
4  on September 12, 2016.

5  **IT IS SO ORDERED.**

6  Dated: September 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2