DANIEL J. BERGESON, SBN 105439, dbergeson@be-law.com
CAROLINE McINTYRE, SBN 159005, cmcintyre@be-law.com
JOHN D. PERNICK, SBN 155468, jpernick@be-law.com
SHANA INSPEKTOR, SBN 291841, sinspektor@be-law.com
BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
GSV ASSET MANAGEMENT, LLC,
MATTHEW HANSON, and MICHAEL MOE

**GRANTED**
Judge Yvonne Gonzalez Rogers
12/6/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONTINENTAL ADVISORS S.A. and PRECEDO CAPITAL GROUP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GSV ASSET MANAGEMENT, LLC, MATTHEW HANSON and MICHAEL MOE,<br><br>Defendants. | Case No. CV14-05609-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE - FRCP 41(a)(1)(A)(ii)**<br><br>Hon. Yvonne Gonzalez Rogers<br>Ctrm. 1, 4th Fl.<br><br>Complaint Filed: December 23, 2014<br>Trial Date: May 1, 2017 |

## STIPULATION

IT IS HEREBY stipulated by and between the parties to this action through their counsel that the above-captioned action, including all claims and causes of action, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear his or its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated:  December 2, 2016                    BERGESON, LLP

                                            By:  /s/ Caroline McIntyre
Daniel J. Bergeson, SBN105439
dbergeson@be-law.com
Caroline McIntyre, SBN 159005
cmcintyre@be-law.com
John D. Pernick, SBN 155468
jpernick@be-law.com
Shana Inspektor, SBN 291841
sinspektor@be-law.com
BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendants
GSV ASSET MANAGEMENT, LLC,
MATTHEW HANSON, and MICHAEL MOE

Dated:  December 2, 2016                    MARC J. BERN & PARTNERS LLP

                                            By:   /s/ Brian H. Brick
Brian H. Brick, Esq.
MARC J. BERN & PARTNERS LLP
60 East 42nd Street, Suite 950
New York, New York 10165
Telephone:  (212) 702-5000
Facsimile:   (212) 818-0164
bbrick@bernllp.com

Attorney for Plaintiffs
CONTINENTAL ADVISORS S.A. and
PRECEDO CAPITAL GROUP LLC

**FILERS ATTESTATION**

I, Caroline McIntyre, am the ECF User whose identification and password are being used to file this **STIPULATION OF DISMISSAL WITH PREJUDICE - FRCP 41(a)(1)(A)(ii)**. In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated:  December 2, 2016                    By:   /s/ Caroline McIntyre
                                                                Caroline McIntyre